(88 South. 923)

ELLIS v. STATE. (8 Div. 713.) (Court of Appeals of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Madison County; Robt. C. Brickell, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of Attorney General.

---

(88 South. 923)

ELLIS v. WOODWARD IRON CO. (6 Div. 729.) (Court of Appeals of Alabama. Nov. 9, 1920.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Frank S. White & Son, of Birmingham, for appellant. Nesbit & Sadler, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(88 South. 923)

ELMORE v. STATE. (7 Div. 702.) (Court of Appeals of Alabama. Feb. 17, 1921.) Appeal from Circuit Court, Shelby County; E. J. Garrison, Judge. Longshore & Koenig, of Columbiana, for appellant. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of the appellant.

---

(92 South. 924)

ETHERIDGE v. STATE. (4 Div. 677.) (Court of Appeals of Alabama. Feb. 7, 1922.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. No bill of exceptions, and no error of record. Affirmed.

---

(93 South. 925)

FARIS v. STATE. (8 Div. 973.) (Court of Appeals of Alabama. June 20, 1922.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. Harwell G. Davis, Atty. Gen., for appellee.

MERRITT, J. Appeal dismissed on motion.

---

(91 South. 925)

FOSTER v. CHRIST. (1 Div. 372.) (Court of Appeals of Alabama. Nov 17, 1921.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Gordon & Edington, of Mobile, for appellant. Webb, McAlpine & Grove, of Mobile, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(93 South. 925)

FOUNTIAN v. STATE. (6 Div. 964.) (Court of Appeals of Alabama. May 16, 1922.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

---

(91 South. 925)

FRAWLEY v. HENLEY. (6 Div. 937.) (Court of Appeals of Alabama. Dec. 20, 1921.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Tillman, Bradley & Morrow, of Birmingham, for appellant. Metz & Griffith, of Birmingham, for appellee.

MERRITT, J. Judgment was rendered January 7, 1921. Appeal upon file June 6, 1921, and no transcript has been filed in the court. The motion to affirm the judgment is granted.

---

(88 South. 924)

FRAZIER v. STATE. (1 Div. 295.) (Court of Appeals of Alabama. April 19, 1921.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

---

(93 South. 925)

FRAZIER v. STATE. (1 Div. 459.) (Court of Appeals of Alabama. June 13, 1922.) Appeal from Circuit Court, Monroe County; John D. Leigh, Judge. Hybart & Hare, of Monroeville, for appellant. Harwell G. Davis, Atty. Gen., and J. D. Ratcliffe, of Monroeville, for appellee.

SAMFORD, J. Reversed and remanded, on the authority of Dr. Ott. v. State, ante, p. 577, 93 South, 231.

---

(88 South. 924)

GARDNER v. STATE. (6 Div. 697.) (Court of Appeals of Alabama. Dec. 14, 1920.) Appeal from Circuit Court, Winston County; J. J. Curtis, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

---

(93 South. 925)

GILBERT v. STATE. (5 Div. 401.) (Court of Appeals of Alabama. June 6, 1922.) Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Charge, manufacturing liquor. No bill of exceptions, and the record proper is free from error. Affirmed.

---

(92 South. 924)

GOODMAN TRANSFER & WAREHOUSE CO. v. BERGIN. (6 Div. 935.) (Court of Appeals of Alabama. April 20, 1922.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Hartley & Fite, of Birmingham, for appellant. Murphy, Murray & Hanna, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.